UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

BERNARD HARDRICK,

       Plaintiff,

Case No. 2:21-cv-228

v.

Honorable Paul L. Maloney

UNKNOWN NURKALA et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** on grounds of immunity pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   February 15, 2022            /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge